EUGENE R. TROMBLEY, *Respondent*, v. THE UNIVERSITY OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 752142, Donald D. Haley, J. Pro Tem., entered June 21, 1973. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris and Horowitz, JJ.